**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In Re. Leah R. Chavie ) Case No. 22-14470
) Chapter 13
) Judge Deborah L. Thorne
Debtor ) Trustee Marshall

### NOTICE OF MOTION

To:
Marilyn O. Marshall. 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;
Attached parties as listed on Service List as well as the Notice of 341 Meeting of Creditors and Certificate of Notice (served via U.S. Mail or ECF).

PLEASE TAKE NOTICE that on February 1, 2023, at 10:30 a.m., I shall appear before Judge Thorne or any judge sitting in that judge's place at Appear by Zoom and present the attached motion and you may appear if you so choose. The Bankruptcy Court will hold a hearing to consider a request by Debtor(s) Counsel for payment of legal fees in the amount of $4,500.00, if there are no objections, the Court may confirm the plan and allow fees requested by Debtor's counsel to be paid through the plan.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID.** The meeting ID for this hearing is 160 9362 1728. The meeting ID can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Laxmi P. Sarathy
Attorney for Debtors
Whitestone P.C.
17W775 Butterfield Rd.
Suite 114
Oakbrook Terrace, IL 60181

## **PROOF OF SERVICE**

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mailbox at Oakbrook Terrace, Illinois, on December 16, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court via ECF on December 16, 2022.

/s/ Laxmi P. Sarathy
Attorney for Debtors

**SERVICE LIST:**

**Notified via E.C.F. Only:**
U.S. Trustee:  Patrick Layng, Office of the U.S. Trustee, Region 11, 210 S. Dearborn, Ste 873, Chicago, IL 60604
Chapter 13 Trustee:

**NOTICE VIA US MAIL: See attached notice**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-14470<br>Northern District of Illinois<br>Eastern Division<br>Fri Dec 16 15:37:28 CST 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Ascensium Capital LLC<br>c/o Hahn Loeser & Parks, LLP<br>200 W Madison St Ste 2700<br>Chicago, IL 60606-3554 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Capital One/Menards<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank/Best Buy<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Dsnb Bloomingdales<br>Attn: Recovery 'Bk'<br>Po Box 9111<br>Mason, OH 45040 | Eastern Account System, Inc.<br>Attn: Bankruptcy<br>111 Park Ridge Rd<br>Brookfield, CT 06804-3981 |
| Fay Magnolia, LLC<br>C/o Equity Investment Services<br>7575 Dr. Phillips Blvd, #390<br>Orlando, FL 32819-7260 | Guidance Res/US Bk<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | Gulf Front Holdings LLC<br>6317 Signature Point Ln<br>Bradenton, FL 34210 |
| Marguerite Tuohy and Grace Moore<br>350 Belden Ave Unit 402<br>Chicago, IL 60614-6307 | Moira Dolehide<br>c/o Cuda Law Offices, Ltd.<br>6525 W North Ave Suite 204<br>Oak Park, IL 60302-1035 | Stelios Kontos<br>8 E Chestnut Street 3rd Floor<br>Chicago, IL 60611-6063 |
| Stelios Kontos<br>8 E Chestnut Street 4th Floor<br>Chicago, IL 60611-6056 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Banana Republic<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/hhgregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Target Nb<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| Td Auto Finance<br>Attn: Bankruptcy<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | The Bureaus Inc<br>Attn: Bankruptcy<br>650 Dundee Rd, Ste 370<br>Northbrook, IL 60062-2757 | Laxmi P Sarathy<br>Whitestone, P.C.<br>17W775 Butterfield Road<br>Suite 114<br>ILLINOIS<br>Oakbrook Terrace, IL 60181-4534 |
| Leah R Chavie<br>8 E Chestnut Street 4th Floor<br>Chicago, IL 60611-6056 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

**Chase Card Services**
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Illinois Department of Revenue | (u)Internal Revenue Service | End of Label Matrix |
| | | Mailable recipients    29 |
| | | Bypassed recipients     2 |
| | | Total                  31 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re. Leah R. Chavie            ) Case No. 22-14470
                                                     ) Chapter 13
                                                     ) Judge Deborah L. Thorne
                                Debtor   ) Trustee Marshall

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER**
**THE COURT-APPROVED RETENTION AGREEMENT**
**(Use for cases filed on or after April 20, 2015)**

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

(i) not entered into any other agreements that provide for the attorney to receive:

a. any kind of compensation, reimbursement, or other payment, or

b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

(ii) have specifically discussed and understand that:

a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b.    the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c.    the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and,

    d.    any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:** $ 4,500.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 313.00 for filing fee paid by the attorney with the attorney's funds

$37.00 for credit report fee paid by the attorney with attorney's funds

$0.00 Amended Schedules Fee by the attorney with attorney's funds

$ 350.00 Total reimbursement requested for expenses.

 **Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:** $650.00

A total of $650.00

Date of Application: <u>December 16, 2022</u>    Attorney Signature: /s/<u>Laxmi P. Sarathy</u>

**Expenses**

Docket No: 22-14470
Debtor: Leah R. Chavie

| **Expense** | **Date Incurred** | **Total Charge** |
|---|---|---|
| FILING FEE CHAPTER 13 | | $313.00 |
| CREDIT REPORT FEE | | $37.00 |
| AMENDED SCHDULES FEE | | $00.0 |

**TOTAL CHARGE $350.00**