# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS
# EASTERN DIVISION

| IN RE:<br><br>LEAH R CHAVIE<br>*DBA* LEAH CHAVIE SKIN CARE, LLC<br>*DBA* LRC, LLC,<br>    Debtor.<br>_____/ | CASE NO.: 22-14470<br>CHAPTER 13 |

## LIMITED RESPONSE TO MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY

**COMES NOW**, U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Response to Notice of Motion and Motion to Use Sell or Lease Property 363(b) ("Motion") (DE# **24**) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 350 W BELDEN AVE, CHICAGO, IL 60614 (the "Property").

2. On February 3, 2023, **Leah R Chavie** ("Debtor") filed a Notice of Motion and Motion to Use Sell or Lease Property 363(b) for $400,900.00.

3. The estimated payoff of Secured Creditor's lien is $386,362.38 as of March 1, 2023. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property

absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order in compliance with the above conditions and for such other and further relief as the Court deems just and proper.

> Robertson, Anschutz,
> Schneid, Crane &
> Partners, PLLC
>
> By: /s/ Samantha San Jose
> Samantha San Jose, Esq.
> IL Bar Number: 6319469
> Email: ssanjose@raslg.com
> Robertson, Anschutz,
> Schneid,
> Crane & Partners, PLLC
> 205 N. Michigan Avenue,
> Suite 810
> Chicago, IL 60601
> (833) 424-1715

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 20, 2023, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and caused to be served a true and correct copy via CM/ECF or United States Mail to the following parties:

**Leah R Chavie**
8 E Chestnut Street 4th Floor
Chicago, IL 60610

**Laxmi P Sarathy**
Whitestone, P.C.
17W775 Butterfield Road
Suite 114
Oakbrook Terrace, IL 60181

*Trustee*
**Marilyn O Marshall**
224 South Michigan Ste 800
Chicago, IL 60604

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

    By: /s/ Samantha San Jose
    Samantha San Jose, Esq.
    IL Bar Number: 6319469
    Email: ssanjose@raslg.com
    Robertson, Anschutz, Schneid,
    Crane & Partners, PLLC
    205 N. Michigan Avenue, Suite 810
    Chicago, IL 60601
    (833) 424-1715